# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 19, 2022

## NO. 03-21-00317-CV

**Jerry Lavone Lively Jr., Appellant**

**v.**

**Michelle Anne Lively, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
AFFIRMED IN PART, REVERSED AND RENDERED IN PART
OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on July 12, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, we affirm the trial court's order granting Jones's motion to withdraw, we affirm in part the order granting the motion to compel, and reverse that part of the order granting the motion to compel awarding attorneys' fees and render judgment that no attorneys' fees are awarded. Each party shall pay the costs of the appeal incurred by that party, both in this Court and in the court below.